IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN WENDELL MOORE and BRANDON KIRK JONES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | 1:04CV396 |
| TOWN OF CHAPEL HILL, a municipal corporation; GREGG JARVIES, individually and in his capacity as Chief of Police for the Town of Chapel Hill; EVERETT JOHNSON, individually and in his capacity as Police Captain for the Town of Chapel Hill; and W. CALVIN HORTON, individually and in his capacity as Town Manager for the Town of Chapel Hill, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Defendants' unopposed Motions to Dismiss [Document #26, #29] are GRANTED, and Plaintiffs' remaining federal law claims, including any claim pursuant to 42 U.S.C. § 1981, are hereby DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs' state law claims are hereby DISMISSED WITHOUT PREJUDICE to Plaintiffs' right to pursue those claims in state court within one year of the entry of this Order and Judgment.

This, the 22nd day of June, 2006.

_____
United States District Judge